■ ABBEY MEYER, Respondent, v DAVID MEYER, Appellant. — Order of the Supreme Court, Nassau County (Christ, J.), entered April 28, 1983, affirmed, with costs (see *Belfiglio v Belfiglio,* 99 AD2d 462; *Goldin v Goldin,* 55 AD2d 945; *Troiano v Troiano,* 87 AD2d 588, 589). Titone, J. P., Mangano, Gibbons and Brown, JJ., concur.